Charles BLEVINS, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

March 11, 1955.

Dinkle & Fannin, Ashland, for appellant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

PER CURIAM.

Motion for an appeal from the Boyd Circuit Court by Charles Blevins from a judgment convicting him of the offense of possessing alcoholic and intoxicating beverages in local option territory for the purpose of sale and fixing his punishment at a fine of $50 and confinement in jail for a period of 30 days.

A consideration of the record and of the points raised in appellant's brief has failed to disclose any error prejudicial to appellant's substantial rights and the judgment is therefore affirmed.